Case 1:94-cv-01995-ZLW   Document 62   Filed 06/25/09   USDC Colorado   Page 1 of 1

OCT 1 4 2003

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:
National Gypsum Co.
Bankrupt Defendant

CIVIL ACTION NO.   MDL 875

94-cv-01995-ZLW

ALL ACTIONS



### ORDER OF DISMISSAL

DEFENDANT, National Gypsum Co. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 9-29-03
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Date: 9/23/03

BY THE COURT

_____
Charles R. Weiner, Judge